**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS**

United States of America

    -vs-                   Case No.  2:21-CR-89 (3-7)

Monet L. Carriere
Jennifer H. Campbell
Tony Du Phan
Ronald R. E. Brust
Amy M. Miller

### NOTICE OF HEARING

TAKE NOTICE that a **Arraignment on Indictment** is scheduled for **July 21, 2021** at **1:00 PM**. This hearing will be held before the **Honorable Norah McCann King, This hearing will be conducted via GoTo Meeting** please see Magistrate Judge King GoTo Meeting information attached to this notice.

Dated July 6, 2021

                                          Norah Mcann King
                                          UNITED STATES MAGISTRATE JUDGE

                                          _/s/ Spencer Harris_
                                          By: Spencer Harris, Courtroom Deputy
                                          614.719.3027
                                          spencer_harris@ohsd.uscourts.gov